# Court of Appeals
# of the State of Georgia

ATLANTA,  September 05, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0180. RILEY HARRIS v. DAVID PFOTZER.

This case began as a dispossessory action against Riley Harris in magistrate court. In his answer, Harris counterclaimed for, inter alia, repairs to the property. Thereafter, the magistrate court issued a writ of possession to David Pfotzer, and Harris appealed to the state court. Pfotzer ultimately dismissed the dispossessory action, but following a hearing, the state court found against Harris on his counterclaim for repairs. Harris then filed this direct appeal. We, however, lack jurisdiction.

Because the order at issue is a de novo ruling on appeal from a magistrate court decision, Harris was required to follow the discretionary-appeal procedure to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). His failure to do so deprives us of jurisdiction to review the case. Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/05/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.